**Motion to Recall Mandate Granted; Order filed November 8, 2012.**



In The

# Fourteenth Court of Appeals

---

NO. 14-07-00047-CV
NO. 14-10-01149-CV

---

**MIGUEL ANGEL GONZALEZ GUILBOT, CARLOS A. GONZALEZ GUILBOT, AND MARIA ROSA DEL ARENAL DE GONZALEZ, Appellants**

**V.**

**MARIA DEL CARMEN GUILBOT SERROS DE GONZALEZ, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MIGUEL ANGEL LUIS GONZALEZ Y VALLEJO, LUIS AMADEO GONZALEZ GUILBOT, JOSE GUILLERMO GONZALEZ GUILBOT, CARMEN ISABEL GONZALEZ GUILBOT DE URIARTE, GERARDO GONZALEZ GUILBOT, JAVIER GONZALEZ GUILBOT, MADEIRA INTERNATIONAL LTD., FRANCEVILLE INTERNATIONAL LTD., ARKHANGEL INTERNATIONAL LTD., L&T AMERICAN CORPORATION, TG INTERAMERICA CORPORATION, Appellees**

---

**On Appeal from the Probate Court Number Two**
**Harris County, Texas**
**Trial Court Cause No. 344,157-401**

---

## O R D E R

This court previously ordered the appeal in Cause No. 14-07-00047-CV and the appeal in Cause No. 14-10-01149-CV consolidated. On March 29, 2012, this court

issued its opinion and judgment in these consolidated appeals. On July 31, 2012, appellants Miguel Angel Gonzalez Guilbot, Carlos A. Gonzalez Guilbot, Maria Rosa Del Arenal de Gonzalez (collectively, the "Appellants") filed a motion for extension of time to file petition for review under Rule 53.7(f) of the Texas Rules of Appellate Procedure (the "Motion for Extension"). Appellants filed the Motion for Extension as to both Cause No. 14-07-00047-CV and Cause No. 14-10-01149-CV. The clerk of this court received notice from the clerk of the Supreme Court of Texas that the Motion for Extension had been filed as to Cause No. 14-10-01149-CV. The clerk of this court received no such notice as to Cause No. 14-07-00047-CV. Because the clerk of this court received no such notice as to Cause No. 14-07-00047-CV, on September 5, 2012, this court issued its mandate in Cause No. 14-07-00047-CV.

On September 19, 2012, Appellants filed a motion to recall mandate, in which they point out that they had filed the Motion for Extension. In the motion to recall, Appellants also assert that they timely filed the Motion for Extension. In light of the filing of the Motion for Extension and in light of subsequent filings in the Supreme Court of Texas regarding the appeal in Cause No. 14-07-00047-CV, this court grants Appellants' motion to recall mandate and orders that the mandate in Cause No. 14-07-00047-CV be **RECALLED**. In taking this action, this court is not expressing agreement with Appellants' assertion that they timely filed the Motion for Extension.

PER CURIAM

2